(Name) VERNE STEERS

(Address) PO BOX 799002

(City, State, Zip) SAN DIEGO CA 92179

(CDC Inmate No.) V-09166

2254 ___ 1983 ✓
FILING FEE PAID
Yes ___ No ✓
IFP MOTION FILED
Yes ✓ No ___
COPIES SENT TO
Court ✓ ProSe ___

FILED
DEC 13 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# United States District Court
## Southern District of California

(Enter full name of plaintiff in this action.)

Verne Steers            Plaintiff,

v.

Calif Dept of Correction's

_____,

_____,

_____,

(Enter full name of each defendant in this action.)
                         Defendant(s).

'07 CV 2339 WQH JMA
Civil Case No. _____
(To be supplied by Court Clerk)

Complaint Under the
Civil Rights Act
42 U.S.C. § 1983

## A. Jurisdiction

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional authority, list them below.

N/A

## B. Parties

1. <u>Plaintiff</u>: This complaint alleges that the civil rights of Plaintiff,

Verne Steers , who presently resides at Donovan Corr Fac
                                            PO Box 799002
                                            SD 92179
(mailing address or place of confinement), were violated by the actions

of the below named individuals. The actions were directed against Plaintiff at Donovan
State Prison / 3 Yard Gym                          on (dates) 5/4/05         , and
(institution/place where violation occurred)          (Count 1)   (Count 2)   (Count 3)

2. <u>Defendants</u>: (Attach same information on additional pages if you are naming more than 4 defendants.)

2 unidentified Assailants / Attack with Locks in Sock's
Causing Head trauma

§ 1983 SD Form
(Rev. 5/98)

::ODMA\PCDOCS\WORDPERFECT\22834\1

Defendant **CALIF DEPT OF CORRECTIONS** (name) resides in **SAN DIEGO, CALIF** (County of residence),
and is employed as a _____ (defendant's position/title (if any)). This defendant is sued in
his/her ☐ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting
under color of law: **Neglegence while being imprisoned in a CALiFornia Correctional Facility, Resulted in great Bodily Harm And Psycologicle damages.**

Defendant _____ (name) resides in _____ (County of residence),
and is employed as a _____ (defendant's position/title (if any)). This defendant is sued in
his/her ☐ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting
under color of law:

Defendant _____ (name) resides in _____ (County of residence),
and is employed as a _____ (defendant's position/title (if any)). This defendant is sued in
his/her ☐ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting
under color of law:

Defendant _____ (name) resides in _____ (County of residence),
and is employed as a _____ (defendant's position/title (if any)). This defendant is sued in
his/her ☐ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting
under color of law:

**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

Count 1: The following civil right has been violated: 8th Amendment Right's right's to safety while being inprisoned. (E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 1.]

I WAS APPROACHED BY A WHITE INDIVIDUAL WHO ASKED TO SEE MY PAPERWORK AS A RESULT OF DOING SO LATER THAT SAME DAY TWO WHITE INDIVIDUALS ASSULTED AND BEAT ME WITH LOCKS PLACED INTO SOCKS thus I was Beaten And Bloodied By these 2 unidentified gang Personel Results of this Beating I was diagnosed as being traumatized About the Head, with multiple Bumps in the Back of my Head. ALSO I WAS taken to the Hospital inorder to have 9 staples placed in my scalp as a Result of the states Neglegence to Provide Safety While Being Property of the State.

I AM Not a gang member And I never have Been. ALSO I have a thought disorder and I have Been Suffering from depression Since 1993. I am Currently under the Care of a Psych Doctor. this is ALSo the reason For taking So Long to reestablish my Case From it's Cancelation Date IN 2007. I WAS confused And Depressed From the Cancelation date From the County's Action of Canceling my Civil issue. ALSO I violated my Parole which Caused me more inhability to reestablish my Case.

Count 2: The following civil right has been violated: **Freedom From unusual Punishment.**
(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 2. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 2.]

Count 3: The following civil right has been violated: **8th Amendment.**
(E.g., right to medical care, access to courts,

due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

**Supporting Facts:** [Include all facts you consider important to Count 3. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 3.]

I am suffering from Depression Previously when I filed the case I am explaining, it was filed within and Before the 2 years of the action. So the case was Previously Filed Before the expiration date allowed By Civil Code of 2 years. The reason I took so long to Refile is because I was and still am confused and I was going through issues having to do with my Psycological well being that kept me from Following up with the case that was dismissed.

I hope that I will have more Positive Result's with Placing this issue with the U.S. District Court.

**D. Previous Lawsuits and Administrative Relief**

1. Have you filed other lawsuits in state or federal courts dealing with the same or similar facts involved in this case? ■ Yes ☐ No. the case was dismissed

If your answer is "Yes", describe each suit in the space below. [If more than one, attach additional pages providing the same information as below.]

(a) Parties to the previous lawsuit:
Plaintiffs: Verne Steers V.S
Defendants: California Correction Department
(b) Name of the court and docket number: Hall of Justice, 330 West Broadway Civil Court, Dept-75 GIC871633
(c) Disposition: [For example, was the case dismissed, appealed, or still pending?] the case was Dismissed, I missed a Hearing, Because I was ill.
(d) Issues raised:
At the time I was without Counsel so I was told no issues were discussed to me by the Civil Court Personel. Also I Filed a Default Motion Aginst the State For Not Appearing.
(e) Approximate date case was filed: Aug-23-2005
(f) Approximate date of disposition: April of 2007 →OF→ I cannot remember Exactly on or about 18th or 26th

2. Have you previously sought and exhausted all forms of informal or formal relief from the proper administrative officials regarding the acts alleged in Part C above? [E.g., CDC Inmate/Parolee Appeal Form 602, etc.] ? ☐ Yes ■ No. I was told that It would Be Better if I take the issue to Federal Court.

If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No", briefly explain why administrative relief was not sought.

I was ill thus I Called the Civil Court to inform them that I was not able to attend the Hearing on the Date on or about April 26th of 2006. As a result After I Left a recorded message with the Clerk, As she said I did Not Call And Leave a message thus I was told that the Case was dissmissed And I was told I must reFile, So Rather than to reFile with the Previous Civil Court I have Filed with the District Court For Better results.

**E. Request for Relief**

Plaintiff requests that this Court grant the following relief:

1. An injunction preventing defendant(s):

2. Damages in the sum of $ 50,000

3. Punitive damages in the sum of $ 25,000

4. Other:

**F. Demand for Jury Trial**

Plaintiff demands a trial by ☐ Jury ☒ Court. (Choose one.)

**G. Consent to Magistrate Judge Jurisdiction**

In order to insure the just, speedy and inexpensive determination of Section 1983 Prisoner cases filed in this district, the Court has adopted a case assignment involving direct assignment of these cases to magistrate judges to conduct all proceedings including jury or bench trial and the entry of final judgment on consent of all the parties under 28 U.S.C. § 636(c), thus waiving the right to proceed before a district judge. The parties are free to withhold consent without adverse substantive consequences.

The Court encourages parties to utilize this efficient and expeditious program for case resolution due to the trial judge quality of the magistrate judges and to maximize access to the court system in a district where the criminal case loads severely limits the availability of the district judges for trial of civil cases. Consent to a magistrate judge will likely result in an earlier trial date. If you request that a district judge be designated to decide dispositive motions and try your case, a magistrate judge will nevertheless hear and decide all non-dispositive motions and will hear and issue a recommendation to the district judge as to all dispositive motions.

You may consent to have a magistrate judge conduct any and all further proceedings in this case, including trial, and the entry of final judgment by indicating your consent below.

Choose only one of the following:

☒ Plaintiff consents to magistrate judge jurisdiction as set forth above.    OR    ☒ Plaintiff requests that a district judge be designated to decide dispositive matters and trial in this case.

I declare under the penalty of perjury that the foregoing is true and correct.

12-7-07
Date

_Verna Steers_
Signature of Plaintiff

§ 1983 SD Form
(Rev. 5/98)

7

::ODMA\PCDOCS\WORDPERFECT\22834\1

Dear Court Clerk:

I have all of the medical records that were filed of the incident, they are exact and precise. They are at my mothers apartment. I will be finished with my parole violation June, 15 2008. I wish to file my case as soon as possible. Also if you have a document to fill out inorder to postpone all proceedings in this matter untill I am finished with my violation next June. Also I would like to know if there is such a thing as the District Court providing representation in civil matters. If so what does one have to do inorder to qualify for appointed representation.

Thank you.

I am aware that the deadline of a civil case is 2 years from the date of the incident. I need to make it clear that the case I filed in the Civil Court within the County of San Diego was well before the expiration date of 2 years.

The incident occurred: May 4th 2005 and I filed my case in the San-Diego County Civil Court in Dept-75 Judge Richard Strauss on Aug-23 2006. I then decided to go to Federal Court with this matter because the County was not at all helpful or concerned with my civil right's. My case # GIC-871633 was filed in a timely fashion within the 2 year period of time allowed.

Also, the reason I took so long to file with the District Court is that I was very depressed about my case being denied because I missed a court date. Also I have been on SSI for a thought disorder and depression.

My mental well being is the reason I took so long to file with the District Court. Also I have been under the care of the psychiatrist's for a number of years.

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**

Verne Steers

2254  DEFENDANTS  1983

California Dept of Corrections

FILING FEE PAID  Yes  No ✓

HFP MOTION FILED  Yes  No ✓

COPIES SENT TO  Court  Pro Se

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

Verne Steers
PO Box 799002
San Diego, CA 92179
V-09166

ATTORNEYS (IF KNOWN)

'07 CV 2339 WQH JMA

**FILED**
DEC 13 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

**II. BASIS OF JURISDICTION** (PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN X IN ONE BOX
(For Diversity Cases Only) FOR PLAINTIFF AND ONE BOX FOR DEFENDANT

|  | PT | DEF |  | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

## 42 U.S.C. 1983

**V. NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | | | |
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury- Medical Malpractice | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 315 Airplane Product Liability | | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC881 | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment &Enforcement of Judgment | ☐ 340 Marine | | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 861 HIA (13958) | ☐ 850 Securities/Commodities Exchange |
| ☐ 160 Stockholders Suits | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC |
| ☐ Other Contract | | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectmant | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☒ 550 Civil Rights | | | |

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY)

☒ 1 Original Proceeding  ☐ 2 Removal from State Court  ☐ 3 Remanded from Appelate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23

DEMAND $ _____

Check YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See Instructions):  JUDGE _____  Docket Number _____

DATE 12/13/2007

SIGNATURE OF ATTORNEY OF RECORD
[signature]