# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

*This space for Clerk's Office File Stamp*

FILED
2008 JAN -3 PM 4:26
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

TO: ☑ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE Hayes
FROM: K.Hammerly,        Deputy Clerk        RECEIVED DATE: 12/28/2007
CASE NO.: 07cv2339        DOCUMENT FILED BY: Plaintiff
CASE TITLE: Steers v. California Dept. Of Corrections
DOCUMENT ENTITLED: Notice to Clerk

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☑ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | 5.4 | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☑ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| X | | OTHER: Improper format ; IFP not due until 45 days from 12/19/07 or approx. 2/4/08. No extension of time yet required. |

Date forwarded: ✓ 12/28/2007

### ORDER OF THE JUDGE / MAGISTRATE JUDGE    Requested or

**IT IS HEREBY ORDERED:**

☐ The document is to be filed nunc pro tunc to date received.

☑ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☑ Yes.    Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: Judge Hayes

Dated: 1/3/08        By: KMB, PSLC
cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Docuument Discrepancy / Court Order]

REJECTED

Dec, 25

Dear District Court Clerk:

I received a letter from you during Christmas week informing me that I have 45 Day's to get my inform of inpaufer's form to the Court. today is tuesday X-mas Day, it is also the only day our Law Library is open to us on our Pacticular prison yard. today because of the Holiday it is not open to us, So at the Soonest opportunity I will get the form to you as Soon as the librarian is at our law Library and can log in the paper work and Send it to the trust Account office. As Soon as this is done I will then have it in the mail to you.

Thank You
Verne Steen