**Verne Steers**
PLAINTIFF/PETITIONER/MOVANT'S NAME

**V-09166 - 2-9-226L**
PRISON NUMBER

**Donovan Corr Facility**
PLACE OF CONFINEMENT

**P.O. Box 799002  S.D 92179**
ADDRESS

FILED
2008 JAN 15 PM 2:29
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# United States District Court
## Southern District Of California

**Verne Steers**,
Plaintiff/Petitioner/Movant

v.

**Calif Dept of Corrections**
Defendant/Respondent

Civil No. 07-2339-WQH (JMA)
(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS

I, _____,
declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**
1. Are you currently incarcerated? ☒ Yes ☐ No    (If "No" go to question 2)
   If "Yes," state the place of your incarceration **Donovan Corr Facility**
   Are you employed at the institution?        ☐ Yes ☒ No
   Do you receive any payment from the institution?   ☐ Yes ☒ No
   [Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

CIV-67 (Rev. 4/06)    C:\Documents and Settings\Jamiep\Local Settings\Temp\notes1C7949\jamieforms8.wpd

2. Are you currently employed? ☐ Yes ☒ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. __N/A__

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. __2003 Don't Know Address__

3. In the past twelve months have you received any money from any of the following sources?:
   a. Business, profession or other self-employment   ☐ Yes ☒ No
   b. Rent payments, royalties interest or dividends   ☐ Yes ☒ No
   c. Pensions, annuities or life insurance   ☐ Yes ☒ No
   d. Disability or workers compensation   ☐ Yes ☒ No
   e. Social Security, disability or other welfare   ☐ Yes ☒ No
   e. Gifts or inheritances   ☐ Yes ☒ No
   f. Spousal or child support   ☐ Yes ☒ No
   g. Any other sources   ☐ Yes ☒ No

   If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month. __None__

4. Do you have any checking account(s)?   ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s): __None__
   b. Present balance in account(s): _____

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts?   ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s): __None__
   b. Present balance in account(s): __None__

6. Do you own an automobile or other motor vehicle?   ☐ Yes ☒ No
   a. Make: __None__   Year: __None__   Model: __None__
   b. Is it financed? ☐ Yes ☐ No
   c. If so, what is the amount owed? __None__

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
   ☐ Yes  ☒ No
   If "Yes" describe the property and state its value. __None__

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. __None__

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable): __None__

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]): __None__

12. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you <u>must</u> explain the sources of funds for your day-to-day expenses. __N/A__

I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.

__1-9-08__  
DATE

__Verne Steens__  
SIGNATURE OF APPLICANT

CIV-67 (Rev. 4/06)      C:\Documents and Settings\Jamiep\Local Settings\Temp\notes1C7949\jamieforms8.wpd