Verne W Steers
(Name)

Donovan Correction Facility
(Address)

P.O. Box 799002, S.D. CA 92179
(City, State, Zip)

V-09166
(CDC Inmate No.)

**FILED**
APR 10 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# United States District Court
## Southern District of California

Verne William Steers,
(Enter full name of plaintiff in this action.)

Verne Steers          Plaintiff,

v.

California Dept of Correction's
or and Rehabilitation
Individual officers, Gym officials
tiumalu Casey Badge 57049 [E.L. Avalos]
Cabatu m. Bernie ID 141861 (Lt)
(Enter full name of each defendant in this action.)
Warden J Hernandez
Sgt Fox (Sgt) 55525 ID 1412359    Defendant(s).

Civil Case No. 07-2339 WQH-JMA
(To be supplied by Court Clerk)

**FIRST AMENDED**
Complaint under the
Civil Rights Act
42 U.S.C. § 1983

### A. Jurisdiction

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional authority, list them below.

_____

### B. Parties

1. <u>Plaintiff</u>: This complaint alleges that the civil rights of Plaintiff, Verne Steers, (print Plaintiff's name) who presently resides at Donovan Corr Facility PO Box 799002/San Diego CA 92179 (mailing address or place of confinement), were violated by the actions of the below named individuals. The actions were directed against Plaintiff at Donovan Corr Facility 3 Yard Gym (institution/place where violation occurred) on (dates) 5-4-2005 (Count 1), _____ (Count 2), and _____ (Count 3).



§ 1983 SD Form
(Rev 4/06)

2. <u>Defendants</u>: (Attach same information on additional pages if you are naming more than 4 defendants.)

Defendant <u>Tiumalu Casey</u> resides in <u>San Diego</u>,
(name) (County of residence)
and is employed as a <u>C.D.C Official</u>. This defendant is sued in
(defendant's position/title (if any))
his/her ☑ individual ☑ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: <u>Officers Are And were part of the said incident And were At the incident's location And were in charge of the Gym when incident occured Area was not Secured</u>.

Defendant <u>Cabatu M Bernie</u> resides in <u>San Diego</u>,
(name) (County of residence)
and is employed as a <u>C.D.C Official</u>. This defendant is sued in
(defendant's position/title (if any))
his/her ☑ individual ☑ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: <u>Officers Are And were part of said incident And were At the incident's location And were in Charge of having A Secured Area for inmate Area was not secured</u>.

Defendant <u>Avalos E.L.</u> resides in <u>San Diego Calif</u>,
(name) (County of residence)
and is employed as a <u>Lt</u>. This defendant is sued in
(defendant's position/title (if any))
his/her ☑ individual ☑ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: <u>Officers failed to Provide Adequate Protection</u>

Defendant <u>Sgt Fox M.</u> resides in <u>SD Calif</u>,
(name) (County of residence)
and is employed as a <u>Sgt</u>. This defendant is sued in
(defendant's position/title (if any))
his/her ☐ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: <u>Officers in Charge of the gym And that yard failed to Provide Adequate Protection</u>

Also I would like to name the warden in this matter Robert J. Hernandez As A party to this action

§ 1983 SD Form
(Rev 4/06)

2

(Additional pages to Cure Deficencies) or to prove Cause For this Legal Civil Action that Are in question.

1. Official's were deliberate in disregard to the Plaintiff's Saftey, by Knowing the Risk Factor the Plaintiff's inmates Charge of Elderly Abuse, thus the Proof of the inmates Placement in this deliberate Action.

2. Knowledge of the Seriousness of their the Official's Error Which Proves Deliberate indifference" in regard to the Plaintiff's Safety issues.

3. In Support of these Fact's "nor did the Prison Official's responsable for the incident Attempt to Counsel or "Warn" the Plaintiff About his Placement in that 3 Yard Gym Prior to" even though the Officers were very much Familiar with the Plaintiff's Charge of Elderly Abuse but Placed him in harm's way regardless of their Knowledge of his prison Charge.

(1 of 2)

. In Support to Prove Knowledge of a Safety risk by the Prison Staff the Plaintiff Humbly Ask the Court to please Allow himself to be granted Circumstantial Evidence to be Sufficient enough to (establish Knowledge) As in Farmer 511 at 842 Which is An Eighth Amendment Violation in this case.

(2 of 2)

**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

Count 1: The following civil right has been violated: **8th Amenoment**
my - 8th Amenoment was Violated.
(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 1.]

I was Laying in my Bunk with my head Covered in the 3 yard Gym. All of Sudden I was hit About my head by Some thing Very hard by Some one I came out of my Bunk And was Beaten with Lock's in Sock's by 2 white inmates. I was only in the gym on that yard for 1 Day mind you. I was Beaten by the 2 inmates who were both using Sock's with Hard object's in them. I Beleive they were trying to Kill me by their Action's by ~~defending my~~ repedely Hitting me multiple times in my head usually when this happen's it is with Lock's in Socks. I was Covered in my own Blood that was Spurting from my Skull At this Point. I was diagnosed As having trauma (Head trauma) I Had A deep gauge in the front of my Scalp where I was Bleeding From. Also there were multiple Bump's And Also there was A very Large Knot in the Back of my Skull As A Result of the Beating I Received. I Did not Know who these Person's were As Also it was in the Evening And the Light's were out Also it was pretty Dark in that gym.

Count 2: The following civil right has been violated: __Freedom From Cruel and unusual Punishment__.
(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 2. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, by name, did to violate the right alleged in Count 2.]

Also:

I was taken to the hospital in order to be treated for the injuries I received and I was treated for head trauma. I was also treated for the gouge that was deep enough to require 9 staples to be placed in my skull as a result of the attack. It has been 3 years since this incident and I still have head aches pretty frequently. All of this happend because I was told I must show my paper work of which has my charge on which I was required to show to the shot caller for the white's. As a result of me doing this out of necessity I was beaten with lock's in sock's.

Count 3: The following civil right has been violated: To Be Safe While being State Property while in Prison.
(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 3. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, by name, did to violate the right alleged in Count 3.]

I was and still am a Leval 1 without any strikes, I was placed on a Leval 3 - to Leval 4 yard with violent criminal's and an (un safe environment) the officers knew my charges and my point leval and knew I am a non violent offender. the officers through their Sudistic action's of neglegence I was assulted by perp's which committed a violent hate crime. Officers shown Diliberate indifferance by placing me in the Gym on the 3 yard in the First Place.

Note: I was only in that gym for 1 day I did not know the person's who did this to me on that evening 2005. It was Dark in that gym it was not in my ability to recognize those 2 individuals I was very disoriented due to my injuries from this incident I Still am in fear for my life every day. Also I have been under the care of the Psyciatrist Since 2004. I am on Social Security Disability for my Depression Also I have a thought Disorder. I have been taking med's Since 1994 For my Psych Problems

**D. Previous Lawsuits and Administrative Relief**

1. Have you filed other lawsuits in state or federal courts dealing with the same or similar facts involved in this case? ☒ Yes ☐ No.  ~~Error~~ Yes the case was dismissed.

If your answer is "Yes", describe each suit in the space below. [If more than one, attach additional pages providing the same information as below.]

(a) Parties to the previous lawsuit:
Plaintiffs: Verne Steers
Defendants: California Correctional Department

(b) Name of the court and docket number: San Diego Civil Court #GIC-871633

(c) Disposition: [For example, was the case dismissed, appealed, or still pending?] the case was dismissed

(d) Issues raised: my 8th Amendment Right's to be and Remain Safe ~~Whit~~ While being State's pRoperty

(e) Approximate date case was filed: 8-28-0~~1~~ 06
(f) Approximate date of disposition: April-18 2007

2. Have you previously sought and exhausted all forms of informal or formal relief from the proper administrative officials regarding the acts alleged in Part C above? [E.g., CDC Inmate/Parolee Appeal Form 602, etc.] ? ☒ Yes ☐ No.

If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No", briefly explain why administrative relief was not sought. I missed one Court hearing (case management conference) thus the case was ~~fit~~ dismissed I was told to Refile. At this point I became depressed and violated my parole. I was really feeling bad for a period of 2 months when I began to feel better I filed then with the District Court for Better Result's

E. **Request for Relief**

Plaintiff requests that this Court grant the following relief:

1. An injunction preventing defendant(s): _____
_____
_____
_____
_____

2. Damages in the sum of $ 50,000 per incident

3. Punitive damages in the sum of $ 250,000.00

4. Other: Each incident (Beating) (Failed to Provide Adequate Protection) (Direlection of Duty), Pain and Suffering Anguish and mental trauma.

F. **Demand for Jury Trial**

Plaintiff demands a trial by ☐ Jury ☑ Court. (Choose one.)

G. **Consent to Magistrate Judge Jurisdiction**

In order to insure the just, speedy and inexpensive determination of Section 1983 Prisoner cases filed in this district, the Court has adopted a case assignment involving direct assignment of these cases to magistrate judges to conduct all proceedings including jury or bench trial and the entry of final judgment on consent of all the parties under 28 U.S.C. § 636(c), thus waiving the right to proceed before a district judge. The parties are free to withhold consent without adverse substantive consequences.

The Court encourages parties to utilize this efficient and expeditious program for case resolution due to the trial judge quality of the magistrate judges and to maximize access to the court system in a district where the criminal case loads severely limits the availability of the district judges for trial of civil cases. Consent to a magistrate judge will likely result in an earlier trial date. If you request that a district judge be designated to decide dispositive motions and try your case, a magistrate judge will nevertheless hear and decide all non-dispositive motions and will hear and issue a recommendation to the district judge as to all dispositive motions.

You may consent to have a magistrate judge conduct any and all further proceedings in this case, including trial, and the entry of final judgment by indicating your consent below.

Choose only one of the following:

☑ Plaintiff consents to magistrate judge jurisdiction as set forth above.   4-8-08

OR

☐ Plaintiff requests that a district judge be designated to decide dispositive matters and trial in this case.

4-7-08
Date

_Signature of Plaintiff_

| Sworn | Date 4-8-08 | Affidavit |
|---|---|---|
| Plaintiff Verne Steers | V.S | Defendant's individual officers And or C.D.C Rehabilitation Officials |

I the Plaintiff Verne Steers: Am in Prison for the charge of (Elderly Abuse) of which the officials in charge of running the Prison Are And were Aware of this And were indifferent by the Placement of the Plaintiff (me) on the 3 yard Gym Durring Said incident And were responsable for the incident by their Deliberate Disregard And the excessive Risk And threat to the Plaintiff's Safety. the officials or official were both Aware of Fact's From which inference could be drawn that A Risk of Serious harm exist's, And thus the officials must draw the inference: in order to Prove Knowledge of A risk is within the (Plaintiff's) Prisoners Charge Sheet which show's the Charge of elderly Abuse," which is enough to establish Knowledge As in Farmer 511 at 842.

in 2005 the Plaintiff was Placed in the 3 yard gym of which is A Level 3 to 4 yard. I the Plaintiff being A Level 1 without Strikes or Point's Also A non Violent offender despite the Charge of Elderly Abuse. I was told to show my Paper work which shows my Charge For being in Prison, to the white Rep or (Shot Caller) For the Whites I Shown this Person my Paper work. After that I was told that

(Pt 1)

every thing was cool. then At 9:30 or 10:00 I was Laying in my Bunk For the evening Sleep Period the Light's were Lowered and I was Almost Asleep When All of A Sudden I was Struck About my head by A Very Very Hard object. When I Jumped From out to See what had hit me in the head so hard, At this Point I was Woozey From the blow to my head. As I did this 2 Person's of which I Could not describe because I was being Persistently Beaten by these 2 Person's who had Placed Lock's in Sock's And were Beating me About my head." I was Struck multiple times And At this Point Blood was Flying And my Skull was Bleeding Perfusely." Also the Back of my head was Largely Lumped And Bumped, I had A Very Large Knot At the Base of my Skull. As A Result of this Beating I was taken to the Hospital And I was treated For Head trauma And Also 9 metal Staples were Placed in my Scalp For A Deep Cut that was on the top Right Side of my Head. I truly Feel As if these 2 were trying to Kill me With the Lock's they had Placed in Sock's Also Because of their manor of Persistence of Beating me. to this Day I have head Aches At times, And I Believe the reason's For this is from the Beating I received in 2005. I believe this was A Hate Crime I Am mostly Sorry that I was unAble to Describe these 2 Person's Because of the Low Lighting in the 3 YD Gym that evening in 2005. Furthermore I was in that Gym for only 1 Day When this inCident Occured.

(Pt 2)

Also in this Case it is evedent beyond a doubt that Prison officials new my Prison Charge of Elderly Abuse And now that my Safety was at risk And were Deliberately indifferent thus the officials new of and still disregarded the Plaintiff's Safety issues by placing Him the Plaintiff in Harm's way. Even though inference Could have and Should have been drawn it was not in this Case.

Furthermore: the Plaintiff Humbly Beg's of the Court to please grant him the Violation of his Eighth Amendment, also his Right as a united States Citizen to Retain his right to Seek monetary Relief in this Case Please.

Furthermore: the point is because of my Charge being elderly Abuse it is the reason For this Beating incident in the first Place. The inmates frown upon these typ's of Charges so they beat me for it. Also the officials new this would occure as Soon as I was placed in that 3 Yard Gym in 2005 Knowing this Beating was going to occure the Prison officials placed me in Harm's way Regardless of the Fact. This is my "Amended" Version of my Sworn testimony Affidavit.

Verne Steers the Plaintiff and Victim in this Matter.

(Pt 3)