From: Verne Steers/V-09166
F-2-9-226 Lower
Donovan Corr Facility
P.O Box 799002
San Diego CA 92179

Date 4-8-08



FILED
APR 10 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

United States District Court of California.

Verne Steers
  V Individual Officers
California Department
  of
Corrections and Rehab

Motion For Appointment
Of Counsel

Case No. 07-2339 WQH JmA

Plaintiff Humbly moves For An Order in Appointing Counsel to Represent Him in this Case. In Support Of this motion "Plaintiff States;

1. Plaintiff is unable to afford Counsel.

CR

He has been granted leave to proceed in Forma Pauperis.

2. Plaintiff has a mental impairment, suffering from an extensively documented case of Depression and documented thought Disorder. Plaintiff is disabled and request's counsel asst assistance to understand the legal avenues open to him and to understand fully the nature of the case.

3. Plaintiff has limited access to the Law Library and no knowledge of the Law.

4. Plaintiff is still suffering from psychological trauma due to the event's surrounding this complaint and dosent feel safe or comfortable going to the Law Library.

*Verne Steers*
Verne Steers

5. A trial in this case will likely involve conflicting testimony, and Counsel would better enable Plaintiff to present concrete evidence and cross examine witnesses Wherefore Plaintiff requests that the District Court to Appoint a member of the California Bar as Counsel in this Case

Date: 4-8-08

Verne Steers:

Verne Steers/V-09166
Donovan Correction Facility
F-2-9-226-Lower
P.O Box 799002
San Diego California
         92179-9002