UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

FILED
2008 APR 15 PM 3:58
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

TO: ☑ U.S. DISTRICT JUDGE / ☐ U.S. MAGISTRATE JUDGE   Hayes
FROM: R. Mullin, Deputy Clerk   RECEIVED DATE: 4/11/2008
CASE NO.: 07cv2339 WQH (JMA)   DOCUMENT FILED BY: Plaintiff
CASE TITLE: Steers v. California Department of Corrections
DOCUMENT ENTITLED: Letter (Re: Request for Extension of Time) to File Amended Complaint

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | **5.4** | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ |  | Supplemental documents require court order |
| ☐ |  | Default Judgment in sum certain includes calculated interest |
| X | 77.2 | **OTHER: Order not grantable by Clerk without further direction of the Judge.** |

Note: Plaintiff's Amended Complaint was filed on 4/10/08; therefore π's request for extension of time to amend is moot.

Date forwarded: 4/11/2008

### ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

☐ The document is to be filed nunc pro tunc to date received.

☑ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☐ Yes.   Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: Judge Hayes

Dated: 4/15/08   By: Kinz, PSLC
cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Document Discrepancy / Court Order]

REJECTED

Dear Clerk of the District Court:
You Recently Sent to me an (Amended) Complaint under the Civil Rights act 42 USC 1983.) I was told or Rather Said on the #2 Sua Sponte Dismissing my complaint for failing to State a Claim Persuant to 28 USC 1915e(2) and 1915A(b) I was Granted 45 Days on the Document it says on the ordered Dated Feb 29, 2008. Where I am Presently "State Prison" I was not given the Document from the Prison mail Personell untill the 6th of march, I should have gotten my legal mail sooner from them. I have taken the (Amended Complaint) to the Prison Law Library for copy's to be made. Also, I have given them a (Supplemental Brief motion for Discovery) Also the Addition's to be Placed on the (Amended Complaint that of which you Sent to me to be Cured of the Deficiencies: Now the Problem that Exists for me in trying to Remedy the deficiencies is that the Law Librarian has failed to

(1)