FILED
2008 APR 17 PM 3:05
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

Dear District Court Clerk.

Recently I have been transferred to teHacapi State Prison From Donovan State Prison. I Am writing to You to give You my new Address or if You have A Change of Address Form Can You Please Send me one Please. If not Can You Please write or take note of my new Address Please thank You.

Verne Steers / Civil No. 07-2339 WQH (J.M.A.)
C.D.C. V-09166
California Correctional institution.
P.O. Box, 608
Level II, Dorm 3 Bed # 78 Lower
teHacapi California 93581.

Please take note of my Release Date of 6-15-08.



Verne Steers
C.D.C. V-09166
California Correctional institution
P.O. Box, 608
Level II Dorm 3, Bed 78 Lower
Tehacapi California 93581

Confidential
Legal Mail

urgent

Office of the Clerk
880 Front St Suite 4290
San Diego CA, 92101-8900