UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

NOTICE OF DOCUMENT DISCREPANCIES

FILED
2008 MAY 14 PM 12:10
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

TO: ☑ U.S. DISTRICT JUDGE / ☐ U.S. MAGISTRATE JUDGE    Hayes
FROM: R. Mullin, Deputy Clerk    RECEIVED DATE: 5/12/2008
BY: _____ DEPUTY
CASE NO.: 07cv2339 WQH (JMA)    DOCUMENT FILED BY: Plaintiff
CASE TITLE: Steers v. California Department of Corrections
DOCUMENT ENTITLED: Letter (Re: Addition of 1 Plaintiff's Name to First Amended Complaint)

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☑ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | 5.4 | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☑ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☑ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| X | 77.2 | **OTHER: Order not grantable by Clerk without further direction of the Judge.** |

Date forwarded: 5/13/2008

**ORDER OF THE JUDGE / MAGISTRATE JUDGE**

IT IS HEREBY ORDERED:

☐ The document is to be filed nunc pro tunc to date received.

☑ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☐ Yes.    Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: Judge Hayes
Dated: 5/13/08    By: KMB, PSLC
cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Docuument Discrepancy / Court Order]

**REJECTED**

Dear Court Clerk:

I was Requested by the District Court to place the names of the individual officers responsable for the incident in question on the (Amended Version of the Civil Complaint Form) I have done this I have forgot to place one name on the form officer ( Lakeisha Marshall Badge# 62964, ID # 141759 ) was also a party to the said incident and I would like her name added to the Defendant portion of the Amended form with the rest of the Defendant's listed in this matter.

Docket # Civil No. 3:07-CV-02339-WQH-JMA
Plaintiff Nerine Steers