# UNITED STATES DISTRICT COURT

Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court

June 23, 2008

Verne Steers
California Correctional Institute
PO Box 608
Tehachapi, CA 93581

RE:  Case Number 07cv2339-WQH-JMA; Steers v. California Department of Corrections

Dear Verne Steers:

Enclosed you will find a conformed copy of your first amended complaint that was filed on 4/10/08 and a copy of the Order directing U.S. Marshal service and Order granting your petition to proceed in Forma Pauperis.

Also enclosed are copies of your first amended complaint, summons and U.S. Marshal service forms.  It is your responsibility to complete the Marshal 285 forms and mail them together with the first amended complaint and summons to the U.S. Marshal's office at the address given below.

You must provide the U.S. Marshal with a first amended complaint, summons, and Marshal service form for each defendant to be served.  The U.S. Marshal must also receive a copy of the summons and first amended complaint for their record keeping purposes.

Also enclosed is a certified copy of the order granting forma pauperis and Order directing U.S. Marshal service in this case.  It must be mailed to the U.S. Marshal with the first amended complaint and summons package.

　　　　　　　　　　　　　　　U. S. Marshals Office
　　　　　　　　　　　　　　　U. S. Courthouse
　　　　　　　　　　　　　　　940 Front Street
　　　　　　　　　　　　　　　San Diego, CA  92189

　　　　　　　　　　　　　　　Sincerely yours,

　　　　　　　　　　　　　　　W. Samuel Hamrick, Jr.
　　　　　　　　　　　　　　　Clerk of Court
　　　　　　　　　　　　　　　By:s/L Odierno
　　　　　　　　　　　　　　　　　　Deputy Clerk