FILED
SEP 1 6 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY RM    DEPUTY

Dear Court Clerk:

My name is Verne Steers I have a Civil Case Filed in your Court the US District Court. I was Doing a Parole Violation when I last contacted you. The Civil Case Doc # I have it at my Mothers Residence. I would like to have you send me a copy of my Case Please. I am on another Parole Violation my Violation Period is 7 Flat months. I was recently released from Tehachapi State Prison 6-15-08 and it was a short period Prior to that that I contacted the Court. The Case that I have Filed is a Case Against Specific C.D.C Individual officers who were responsable for a Beating by multiple inmates.

I dont have the Docket # at this time I cannot remember it. The Case Discription is

07CV2339 WQH(JMA)

{ Verne Steers VS individual C.D.C. officers. }

( It is a Personal injury Civil Case )  over →

FILED
SEP 16 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

I have not obtained Legal Assistance yet because of my Parole Limitations Also because of my Financial Status. Also, I do not have any funds on my Books. I am in hopes that it will not cost me any thing in order to have a Copy of my Case sent to me Please. Also. I Am suffering with Depression And, A thought Disorder. this is also Part of the reason that I have not been in Contact with the Court about my Civil issue. Please Clerk it is very important that I obtain a Copy of my Civil Case that I have on File within the US District Court. Please get back Soon With me Concerning this issue.

thank you very much For your time.

Verne Steers C.D.C. V-09166

Date 9-15-08

VERNE W. STEERS #V09166
BUILDING/CELL: F-2-9-226 low
R.J. DONOVAN CORRECTIONAL FACILITY\ STATE /PRISON
P.O. BOX 799002
SAN DIEGO, CA 92179

INMATE GENERATED MAIL

016H26519013
$00.420
Mailed From 92179
09/15/2008
US POSTAGE
Hasler

legal mail

Clerk
US District Court
Southern District
Federal Office Building
880, Front St Suite 4290
SD CA, 92101-8900